FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH DEANS,<br><br>            Plaintiff,<br><br>vs.<br><br>SCOTT DAGGATT,<br><br>            Defendant. | No. 4:22-CV-05011-MKD<br><br>ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE-RULE 41(a)(1)(A)(ii)<br><br>**ECF No. 18** |

Before the Court is the parties' Stipulation of Dismissal with Prejudice-Rule 41(a)(1)(A)(ii). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The parties stipulate and agree to the dismissal of this action in its entirety with prejudice, each party to bear their own attorney's fees and costs. The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE-RULE 41(a)(1)(A)(ii) - 1

2.  Any pending motions are **DENIED as moot**.

3.  All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED December 8, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE-RULE 41(a)(1)(A)(ii) - 2